IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DISTRICT

| | |
|---|---|
| 24 HOUR BAIL BOND, L.L.C., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1-05-1346- T/AN |
| CHARLES FARMER in his official capacity as Mayor of the City of Jackson, Tennessee; and THE CITY OF JACKSON, TENNESSEE, | ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION

This matter came before the Court pursuant to Defendants' motion for an extension of time in which to move or file a responsive pleading. It appearing to the Court that Plaintiff has no opposition to the motion and that the motion is well taken,

IT IS, THEREFORE ORDERED, that Defendants have up to and including December 20, 2005, in which to move or file a responsive pleading.

ENTERED this the 1st day of December, 2005.

S. Thomas Anderson USMJ
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-05-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01346 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Todd David Siroky
RAINEY KIZER REVIERE & BELL-Main St.
209 E. Main Street
Jackson, TN 38302--114

Pam Carter
Madison County Chancery Court
Madison County Courthouse
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT