IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| 24-HOUR BAIL BOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   05-1346 T/An |
| | ) | |
| CHARLES FARMER, in his official | ) | |
| capacity as Mayor of the City of | ) | |
| Jackson, Tennessee, and THE CITY | ) | |
| OF JACKSON, TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION TO WITHDRAW

Before the Court is the Plaintiff's counsel Blake D. Ballin's Motion to Withdraw filed on December 6, 2005. For good cause shown, the motion is **GRANTED**. Mr. Ballin is directed to promptly provide a copy of this Order to the Plaintiff.

The Plaintiff shall have twenty (20) days from entry of this Order to retain new counsel or notify the Court that it will be proceeding *pro se*.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 27, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01346 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Pam Carter
Madison County Chancery Court
Madison County Courthouse
Jackson, TN 38301

Todd David Siroky
RAINEY KIZER REVIERE & BELL-Main St.
209 E. Main Street
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT